(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

### Southern District of Florida



Case Number: _____

**October, 02, 2014**

## 14-62265-CIV-Ungaro/Otazo-Reyes

IRVIN, Matthew

_____

Plaintiff(s)

v.

Florida Department of ~~Revenue~~ Health

_____

Defendant(s)

## Medical Malpractee

*(TITLE OF DOCUMENT)*

I, IRVIN, Matthew (plaintiff) or defendant, in the above styled cause, are suing the Florida Department of Health for $375,000.00 ~~for a~~ ON two courts Of Medical Malpractice.

(Rev. 10/2002) General Document

**Certificate of Service**

I _IRVIN, Matthew_ , certify that on this date _9-30-14_ a true copy
of the foregoing document was mailed to: _Florida Department of Health_
                                          name(s) and address(es)
_4052 Bald Cypress Way Bin # A00 Tallahassee, Fl_
_32399 - 1701_

By:
_IRVIN, Matthew_                          _AMI_
Printed or typed name of Filer            Signature of Filer

                                          _mr.IRVIN33311@gmail.com_
_754-214-4929_                            E-mail address
Florida Bar Number

_754-214-4929_
Phone Number                              Facsimile Number

_1611 NW 28th Ave_
Street Address

_Fort Lauderdale, Fl 33311_
City, State, Zip Code