## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-62265-UNGARO

MATTHEW IRVIN, *pro se*,
    Plaintiff,

v.

FLORIDA DEPARTMENT OF HEALTH,
    Defendant.

_____/

## ORDER DENYING IN FORMA PAUPERIS
## AND ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis (D.E. 3) and upon a *sua sponte* examination of Plaintiff's Complaint, filed on October 2, 2014 (D.E. 1).

THE COURT has reviewed the Motion, the Complaint, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Proceed In Forma Pauperis (D.E. 3) is DENIED.  It is further

ORDERED AND ADJUDGED that the Complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1332 because there is no diversity of citizenship.  Plaintiff is a resident of Florida; he alleges that he is suing the Florida Department of Health "on two counts of medical malpractice." D.E. 1.  Because the parties are not citizens of different states, the Court has no subject matter jurisdiction over Plaintiff's claim.

DONE AND ORDERED in Chambers at Miami, Florida, this _3d__ day of October, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Matthew Irvin, *pro se*